# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 6, 2015 |
| Court Reporter: Janet Coppock | Time: 40 minutes |
| Probation Officer: Andrea Bell | Interpreter:  n/a |

**CASE NO.  15-CR-00243-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kurt Bohn |
| Plaintiff, | |
| vs. | |
| **EDGAR EARL DARDEN,** | Matthew Belcher |
| Defendant. | |

## SENTENCING

**3:09 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court addresses the defendant's objections to the presentence report.

Page Two
15-CR-00243-PAB
November 6, 2015

Argument by Mr. Belcher in support of the defendant's Motion for Variant Sentence Pursuant to 18U.S.C. § 3553(a) and comments addressing sentencing.

Argument by Mr. Bohn and comments addressing sentencing.

Further argument and comments by Mr. Belcher.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Variant Sentence Pursuant to 18U.S.C. § 3553(a) [Docket No. 27], is **DENIED**.

Defendant entered his plea on **August 4, 2015** to count **One of the Indictment.**

**ORDERED:** Defendant's Plea Agreement is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **37** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

Page Three
15-CR-00243-PAB
November 6, 2015

      ( )      Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) The defendant shall submit his or her person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution **15 days from designation by the Bureau of Prisons.**

**ORDERED:** Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G.§ 3E1.1(b) [Docket No. 28], is **GRANTED**.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days from entry of judgment.

**ORDERED**: Bond is continued.

Page Four
15-CR-00243-PAB
November 6, 2015

**ORDERED:**   A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**3:49 p.m.**   **COURT IN RECESS**

**Total in court time:   40 minutes**

**Hearing concluded**